UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**RAJESH VERMA**, an individual, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

CASE NO.  3:16-cv-427-J-25JRK

**MEMORIAL HEALTHCARE GROUP, INC.**, a Florida corporation d/b/a
**MEMORIAL HOSPITAL JACKSONVILLE**;
**NPAS, INC.**, a Tennessee corporation; and
**MEDICREDIT, INC.**, a Missouri corporation,

    Defendants.

_____/

## ORDER

Pursuant to the Joint Notice of Voluntary Dismissal with Prejudice as to Defendant Memorial Healthcare Group, Inc. d/b/a Memorial Hospital Jacksonville Only (Dkt. 77), it is

**ORDERED** that this action is **DISMISSED with prejudice** as to the claims by and between Plaintiff, Rajesh Verma, an individual, and Defendant Memorial.

**DONE AND ORDERED** at Jacksonville, Florida, this 28th day of November, 2017.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to:  Counsel of Record